In the Matter of ENDICOTT COMPANY, Bankrupt.

John F. Endicott and R. Paul Endicott, Appellants.

No. 14931.

United States Court of Appeals Third Circuit.

Argued Jan. 5, 1965.

Decided Jan. 28, 1965.

Albert H. Gold, Philadelphia, Pa. (Bernard D. Beitch, Philadelphia, Pa., on the brief), for appellants.

Jack B. Justice, Philadelphia, Pa. (Drinker Biddle & Reath, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and SMITH, Circuit Judges.

PER CURIAM.

An examination of the record and of the briefs of the parties and consideration of the oral arguments disclose no error here. Accordingly, the judgment will be affirmed on the succinct opinion of Judge Kirkpatrick, D.C., 238 F.Supp. 163.

UNITED STATES of America ex rel. John H. CLOUTHIER, Appellant,

v.

James F. MARONEY, Superintendent, State Correctional Institution, Pittsburgh, Pennsylvania.

No. 14847.

United States Court of Appeals Third Circuit.

Submitted Dec. 7, 1964.

Decided Feb. 5, 1965.

John J. Clouthier, pro se.

James C. Crumlish, Jr., Philadelphia, Pa. (John F. Hassett, Asst. Dist. Atty., Thomas M. Reed, Chief Asst. Dist. Atty., Prosecution Dept., F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before GANEY, SMITH and FREEDMAN, Circuit Judges.

PER CURIAM.

The judgment denying the application for writ of habeas corpus is affirmed on the opinion of the lower court by Judge Rosenberg, D.C., 238 F.Supp. 161.

Clarence E. WHALEY, Plaintiff,

v.

Edward CAVANAUGH (Badge 1024) and Any Person Who Conspired to Deprive Plaintiff of Rights, Privileges and Immunities Guaranteed by the Constitution, et al., Defendants.

No. 19122.

United States Court of Appeals Ninth Circuit.

Feb. 8, 1965.

Clarence E. Whaley, in pro. per.

Thomas M. O'Connor, City Atty., George Agnost, Deputy City Atty., San Francisco, Cal., for defendants.

Before MADDEN, Judge of the Court of Claims, and HAMLEY and KOELSCH, Circuit Judges.

PER CURIAM:

The Judgment of the district court is affirmed for the reasons stated in its memorandum opinion filed November 14, 1963, reported in 237 F.Supp. 900.